1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9     MARIO H. GOMEZ,                           1:24-cv-01144-EPG (PC)

10                 Plaintiff,

11          v.                                  ORDER TO SUBMIT APPLICATION
                                                TO PROCEED *IN FORMA PAUPERIS*
12    KERN VALLEY STATE PRISON, *et al.*,       OR PAY FILING FEE WITHIN 30 DAYS

13                 Defendants.

14

15        Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C.

16   § 1983. Plaintiff has not paid the $405.00 filing fee or submitted an application to proceed *in*

17   *forma pauperis* pursuant to 28 U.S.C. § 1915.

18        Accordingly, IT IS HEREBY ORDERED that:

19        Within thirty (30) days of the date of service of this order, Plaintiff shall submit the

20   attached application to proceed *in forma pauperis*, completed and signed, or in the alternative,

21   pay the $405.00 filing fee for this action. **No requests for extension will be granted without a**

22   **showing of good cause**. **Failure to comply with this order will result in dismissal of this**

23   **action.**

24   IT IS SO ORDERED.

25

26        Dated:    **September 28, 2024**              /s/ _Erica P. Grosjean_
                                                        UNITED STATES MAGISTRATE JUDGE

27

28

                                                  1